*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMEN YAPUNDZHYAN, | ) | No. C 06-2729 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| D. TRAVERS, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action for failure to state a cognizable claim for relief. A judgment of dismissal is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.06\Yapundzhyan729jud.wpd      1